# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ROLAND DIGITAL MEDIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:17-CV-00069 |
| | ) | Chief Judge Crenshaw |
| CITY OF LIVINGSTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff has filed a Motion for Leave of the Court to File a Supplement to its Motion for Summary Judgment (Doc. No. 32), that calls into question Defendant's stated reasons for the denial of Plaintiff's applications to erect billboards. Within **fourteen (14) days** from the entry of this Order, Defendant shall file a response and within **seven (7) days** thereafter, Plaintiff may file a reply.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE